UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDEEP SAGWAL,
A-246-774-584

              Petitioner,

    v.

CHRISTOPHER CHESTNUT, et. al.,

              Respondents.

No.  1:26-cv-02737-DAD-DMC-HC

ORDER

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with a motion for temporary restraining order. See ECF Nos. 1 and 2. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

The District Judge converted the motion for temporary restraining order into a motion for preliminary injunction, and granted a preliminary injunction, ordering Petitioner be immediately released. See ECF No. 8. Accordingly, Respondents will be directed to file a notice of compliance with the District Judge's order on or before April 24, 2026.

/ / /

/ / /

/ / /

1

Respondents' opposition to the preliminary injunction was filed as a joint response to the petition, ECF No. 6, and Petitioner filed a traverse/reply, ECF No. 7. In light of the District Judge issuing a preliminary injunction, parties will be directed to inform the Court within 14 days of the date of this order if the matter is submitted or they seek additional briefing. Upon such information, the Court will issue a briefing schedule, if needed.

Accordingly, it is HEREBY ORDERED that:

1.     Respondents shall file a notice of compliance with the District Judge's order on or before April 24, 2026.

2.     Parties are directed to inform the Court within 14 days of the date of this order if the matter is submitted or they seek additional briefing.

Dated: April 20, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE