UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDEEP SAGWAL,<br>A-246-774-584<br><br>      Petitioner,<br><br>   v.<br><br>CHRISTOPHER CHESTNUT, et. al.,<br><br>      Respondents. | No.  1:26-cv-02737-DAD-DMC-HC<br><br><br>ORDER |

Petitioner, an immigration detainee proceeding with counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with a motion for temporary restraining order. See ECF Nos. 1 and 2. Respondents filed a notice of compliance with the District Judge's order, ECF No. 10, and informed the Court no further briefing is needed on the merits, ECF No. 11.

Respondents additionally informed the Court that "undersigned counsel would request to withdraw from this matter effective May 4, 2026," which was signed by Ihsan U. Ahmed. See ECF No. 11. The next day, attorney Ihsan U. Ahmed filed a notice of designation of counsel for service, ECF No. 12. It is unclear to the Court whether Respondents' attorney Ahmed is seeking withdrawal and/or substituting alternative counsel. Thus, Respondents are ordered to

1

inform the Court the status of their representation within seven (7) days of the date of this order.

IT IS SO ORDERED.

Dated:  May 20, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE