UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDEEP SAGWAL,
A-246-774-584

Petitioner,

v.

CHRISTOPHER CHESTNUT, et. al.,

Respondents.

No. 1:26-cv-02737-DAD-ICD-HC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. No. 16)

Petitioner Sandeep Sagwal is a former federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On April 15, 2026, the undersigned granted petitioner's motion for a temporary restraining order (Doc. No. 2), ordered petitioner's immediate release from immigration detention, and referred the pending petition to the assigned magistrate judge. (Doc. No. 8.)

On September 3, 2026, the magistrate judge issued findings and recommendations recommending that the petition (Doc. No. 1) be granted and that the preliminary injunctive relief previously be granted be made permanent. (Doc. No. 16.) Specifically, the magistrate judge concluded that petitioner's re–detention without notice or a pre-deprivation bond hearing violated the Due Process Clause of the Fifth Amendment. (*Id.* at 2.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days of service. (*Id.* at 3.) No

objections to those findings and recommendations have been filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued September 3, 2026 (Doc. No. 16), are adopted in full.
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1), is GRANTED;
3. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner written notice and a pre-detention hearing before an immigration judge where respondents will have the burden to demonstrate that petitioner is a danger to the community or flight risk; and
4. The Clerk of the Court is directed to enter judgment in favor of petitioner, and close this case.

IT IS SO ORDERED.

Dated: **November 2, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE